# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MICHAEL R KOZIOL | § | Case No. 15-29561 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/28/2015 . The undersigned trustee was appointed on 08/28/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                            $     51,224.12

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 17.72 |
| Bank service fees | 433.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 50,773.28 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  02/01/2017  and the deadline for filing governmental claims was  02/01/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,811.21 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,811.21 , for a total compensation of $ 5,811.21 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  06/06/2018                    By:/s/Frances Gecker, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-29561 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL R KOZIOL | | | | Date Filed (f) or Converted (c): | 08/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2015 |
| For Period Ending: | 06/06/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12940 MEED COURT, PALOS PARK IL 60464 50% INTEREST; OWNED AS | 425,000.00 | 0.00 | | 0.00 | FA |
| 2. TIME SHARE - DISNEY VACATION CLUB (TWO UNITS) 50% INTEREST W | 86,250.00 | 19,328.43 | | 0.00 | FA |
| 3. SILVER COINS | 250.00 | 0.00 | | 0.00 | FA |
| 4. U.S. BANK - SAVINGS ACCT. | 1.00 | 1.00 | | 0.00 | FA |
| 5. SCOTTRADE - BROKERAGE ACCT. | 999.37 | 0.00 | | 0.00 | FA |
| 6. JP MORGAN CHASE BANK - CHECKING ACCT | 40.00 | 0.00 | | 0.00 | FA |
| 7. STANDARD BANK & TRUST - JOINT CHKG ACCT. | 99.00 | 99.00 | | 0.00 | FA |
| 8. SELECT BANK - HEALTH SAVINGS ACCT | 2,950.00 | 0.00 | | 0.00 | FA |
| 9. STANDARD BANK & TRUST - JOINT SAVINGS ACCT | 140.00 | 140.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS | 2,500.00 | 500.00 | | 0.00 | FA |
| 11. BOOK, PICTURES, DVDS, ETC. | 500.00 | 0.00 | | 0.00 | FA |
| 12. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 13. WEDDING BAND; MISC. WRISTWATCHES | 250.00 | 250.00 | | 0.00 | FA |
| 14. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx1524. | 929.77 | 0.00 | | 0.00 | FA |
| 15. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx5336. | 906.18 | 0.00 | | 0.00 | FA |
| 16. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx5281. | 798.61 | 0.00 | | 0.00 | FA |
| 17. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx6544. | 1,227.77 | 0.00 | | 0.00 | FA |
| 18. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx2896. | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-29561 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL R KOZIOL | | | | Date Filed (f) or Converted (c): | 08/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2015 |
| For Period Ending: | 06/06/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. PACIFIC LIFE INS. POLICY | 6,382.88 | 0.00 | | 0.00 | FA |
| 20. TRADITIONAL ROTH IRAs | 49,108.50 | 0.00 | | 0.00 | FA |
| 21. MICHAEL KOZIOL LLC<br><br>DEBTOR'S ACCOUNTING PRACTICE. | 0.00 | 0.00 | | 0.00 | FA |
| 22. FINANCIAL GRAPHICS, INC.<br><br>SOLE SHAREHOLDERS - NEVER OWNED ASSETS HAS NOT OPERATED FOR LAST 2 YEARS. | 0.00 | 0.00 | | 0.00 | FA |
| 23. INTELLIGENT SOLUTIONS, INC.<br><br>50% SHAREHOLDER SUBJECT TO LITIGATION IN CASE NO. 12 CH 739. | 0.00 | 0.00 | | 0.00 | FA |
| 24. ESMA INVESTMENTS, LLC<br><br>50% MEMBERSHIP INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| 25. CAPERS LLC<br><br>50% INTEREST - SUBJECT TO LITIGATION IN CASE NO. 12 CH 739 | 0.00 | 0.00 | | 0.00 | FA |
| 26. INTELLIGENT CLOUD HOSTING LLC<br><br>25% INTEREST - SUBJECT TO LITIGATION IN CASE NO. 12 CH 739 | 0.00 | 0.00 | | 0.00 | FA |
| 27. EMERGENCY VEHICLE TECHNOLOGIES, LLC<br><br>46.666% INTEREST - 25% INTEREST - SUBJECT TO LITIGATION IN CASE NO. 12 CH 739 - Litigation settled on 4/28/15 and case closed on 12/22/17. | 0.00 | 0.00 | | 9,939.86 | FA |
| 28. VEHICLES - 2007 CADILLAC ESCALADE | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 29. VEHICLES - 2012 GMC ACADIA | 20,000.00 | 10,000.00 | | 0.00 | FA |
| 30. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 31. JUDGMENT - CASE NO. 2006 M1 157383 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-29561 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL R KOZIOL | | | | Date Filed (f) or Converted (c): | 08/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2015 |
| For Period Ending: | 06/06/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32. LITIGATION - CASE NO. 2012 CH 739 (WILL COUNTY) | 0.00 | 0.00 | | 0.00 | FA |
| 33. OTHER CONTINGENT CLAIMS (u)<br><br>Debtor has a loss of consortium claim arising out of his wife's personal injury claim. Debtor's wife was involved In a motor vehicle collision. The debtor was not in the vehicle at the time. Debtor's claim is pending as part of the Kane County lawsuit titled "Donna Koziol and Michael Koziol v. Loni Westman and Donald Westman," Cae number 2012 L 618. Debtor is represented by the law firm Nash Law LLC, 22 West Washington Street, Suite 1500, Chicago, IL. Debtor's claim is valued between $0-$5 000. | Unknown | 0.00 | | 0.00 | FA |
| 34. VEHICLES - 1950 MERCURY SEDAN (u)<br><br>50% Owner with Debtor Mr. Fugett (15-41034). To be sold at auction pursuant to Court Order dated 12/21/16. | Unknown | 0.00 | | 2,818.33 | FA |
| 35. VEHICLES - CHEVY IMPALA POLICE CRUISER (u)<br><br>50% Owner with Debtor Mr. Fugett (15-41034). To be sold at auction pursuant to Court Order dated 12/21/16. | Unknown | 0.00 | | 1,802.45 | FA |
| 36. OFFICE EQUIPMENT - FROM ESMA BUSINESS (u)<br><br>50% Owner with Debtor Mr. Fugett (15-41034). To be sold at auction pursuant to Court Order dated 12/21/16. | Unknown | 0.00 | OA | 0.00 | FA |
| 37. OVERPAYMENT OF LOAN (u) | 0.00 | 0.00 | | 36,663.48 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $610,833.08    $42,318.43    $51,224.12    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Case 15-29561    Doc 71    Filed 06/07/18    Entered 06/07/18 15:48:57    Desc Main
           Document      Page 6 of 16

Exhibit A

4/2/18 - TRUSTEE IS REVIEWING CLAIMS AND HER ACCOUNTANT IS PREPARING TAX RETURNS.

3/1/18 - TRUSTEE SOLD DEBTOR'S INTEREST IN LLC COMPANY.

10/12/17 - THE TRUSTEE WILL PREPARE A FINAL REPORT.

8/31/17 - TRUSTEE'S OBJECTION TO CLAIM NO. 1 IS SET FOR HEARING.

6/22/17 - TRUSTEE SOLD DEBTOR'S VEHICLES.

Initial Projected Date of Final Report (TFR): 02/15/2017    Current Projected Date of Final Report (TFR): 05/15/2018

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-29561 | Trustee Name: Frances Gecker, Trustee |
| Case Name: MICHAEL R KOZIOL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2119 |
| | Checking |
| Taxpayer ID No: XX-XXX4255 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/16 | 37 | SUBURBAN BANK & TRUST<br>150 BUTTERFIELD RD.<br>ELMHURST, IL 60126 | OVERPAYMENT OF LOAN 15922 | 1210-000 | $36,663.48 | | $36,663.48 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $36,653.48 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.72 | $36,600.76 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.41 | $36,546.35 |
| 02/02/17 | 5001 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $15.72 | $36,530.63 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.34 | $36,476.29 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.99 | $36,427.30 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.16 | $36,373.14 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.33 | $36,320.81 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.99 | $36,266.82 |
| 07/06/17 | | American Auction | Sale of 2 Vehicles (split 50/50 with 15-41034) | | $4,620.78 | | $40,887.60 |
| | | | Gross Receipts         $4,620.78 | | | | |
| | 34 | | VEHICLES - 1950 MERCURY SEDAN         $2,818.33 | 1229-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $41,284.26 | $396.66 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-29561 | Trustee Name: Frances Gecker, Trustee |
| Case Name: MICHAEL R KOZIOL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2119 |
| | Checking |
| Taxpayer ID No: XX-XXX4255 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 35 | | VEHICLES - CHEVY IMPALA POLICE CRUISER  $1,802.45 | 1229-000 | | | |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.18 | $40,835.42 |
| 03/27/18 | 27 | STEPHEN A. ROAKE IV<br>749 REIDY ROAD<br>LISLE, IL 60532 | PURCHASE OF COMPANY INTEREST | 1129-000 | $9,939.86 | | $50,775.28 |
| 05/10/18 | 5002 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19016<br>SPRINGFIELD, IL 62794-19016 | FEIN 36-7684255; 2017 IL-1041-X-V | 2820-000 | | $2.00 | $50,773.28 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $51,224.12 | $450.84 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $51,224.12 | $450.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $51,224.12 | $450.84 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*   Page Subtotals:   $9,939.86   $54.18

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2119 - Checking | $51,224.12 | $450.84 | $50,773.28 |
|  | $51,224.12 | $450.84 | $50,773.28 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $51,224.12 |
| Total Gross Receipts: | $51,224.12 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-29561  
Debtor Name: MICHAEL R KOZIOL  
Claims Bar Date: 2/1/2017  

Date: June 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | FIRST AND FINAL FEE APP | $0.00 | $4,102.80 | $4,102.80 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | FIRST AND FINAL FEE APP - EXPENSES | $0.00 | $65.73 | $65.73 |
| 100 2100 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $5,811.21 | $5,811.21 |
| 100 3110 | FRANKGECKER LLP 325 N. LASALLE STREET SUITE 625 CHICAGO, IL 60654 | Administrative | First and Final Fee Application | $0.00 | $16,729.50 | $16,729.50 |
| 100 3120 | FRANKGECKER LLP 325 N. LASALLE STREET SUITE 625 CHICAGO, IL 60654 | Administrative | First and Final Fee Application - Expenses | $0.00 | $580.44 | $580.44 |
| 100 2820 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19016 SPRINGFIELD, IL 62794-19016 | Administrative | 2017 Tax due. | $0.00 | $2.00 | $2.00 |
| 10 280 5800 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S STATE ST., 10TH FLR COLL. BANKRUPTC CHICAGO, ILLINOIS 60603 ATTN. AMELIA T. YABES | Priority | | $0.00 | $35,925.74 | $35,925.74 |
| 12 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Priority | | $0.00 | $30,563.95 | $30,563.95 |
| 1 300 7100 | TYSON MICHAEL GARBRECHT C/O COONEY CORSO & MOYNIHAN LLC 1423 CENTRE CIRCLE DOWNERS GROVE, IL 60515 | Unsecured | Claimant waives all rights to any distribution in this bankruptcy case (See Order dated 9/26/17, paragraph 2). | $0.00 | $300,000.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-29561  
Debtor Name: MICHAEL R KOZIOL  
Claims Bar Date: 2/1/2017  

Date: June 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | J. RYAN POTTS/BROTSCHUL POTTS LLC<br>30 N LASALLE ST, STE 1402<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $232,698.17 | $232,698.17 |
| 3 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $6,413.53 | $6,413.53 |
| 4 300 7100 | HINSDALE BANK & TRUST COMPANY<br>J RYAN POTTS/BROTSCHUL POTTS LLC<br>30 N LASALLE STREET SUITE 1402<br>CHICAGO IL 60602 | Unsecured | | $0.00 | $232,698.17 | $232,698.17 |
| 5 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $6,092.64 | $6,092.64 |
| 6 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $13,939.34 | $13,939.34 |
| 7 300 7100 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $59,988.33 | $59,988.33 |
| 8 300 7100 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $6,227.75 | $6,227.75 |
| 9 300 7100 | DENIS WILLIAMS<br>C/O GOODMAN LAW OFFICES LLC<br>105 W. MADISON, SUITE 1500<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $250,000.00 | $250,000.00 |
| 10U 300 7100 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 S STATE ST., 10TH FLR<br>COLL. BANKRUPTC<br>CHICAGO, ILLINOIS 60603<br>ATTN. AMELIA T. YABES | Unsecured | | $0.00 | $200.00 | $200.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-29561  
Debtor Name: MICHAEL R KOZIOL  
Claims Bar Date: 2/1/2017  
Date: June 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | RATHBUN, CSERVENYAK & KOZOL LLC 3260 EXECUTIVE DRIVE JOLIET, IL 60431 | Unsecured | | $0.00 | $72,327.29 | $72,327.29 |
| 12U 300 7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Unsecured | | $0.00 | $6,605.58 | $6,605.58 |
| | Case Totals | | | $0.00 | $1,280,972.17 | $980,972.17 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-29561
Case Name: MICHAEL R KOZIOL
Trustee Name: Frances Gecker, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 50,773.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 5,811.21 | $ 0.00 | $ 5,811.21 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 16,729.50 | $ 0.00 | $ 16,729.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 580.44 | $ 0.00 | $ 580.44 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 4,102.80 | $ 0.00 | $ 4,102.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 65.73 | $ 0.00 | $ 65.73 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 2.00 | $ 2.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 27,289.68 |
| Remaining Balance | $ 23,483.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 66,489.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 35,925.74 | $ 0.00 | $ 12,688.67 |
| 12 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 30,563.95 | $ 0.00 | $ 10,794.93 |
| | Total to be paid to priority creditors | | | $ 23,483.60 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 887,190.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TYSON MICHAEL GARBRECHT | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | J. RYAN POTTS/BROTSCHUL POTTS LLC | $ 232,698.17 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | DISCOVER BANK | $ 6,413.53 | $ 0.00 | $ 0.00 |
| 4 | HINSDALE BANK & TRUST COMPANY | $ 232,698.17 | $ 0.00 | $ 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 6,092.64 | $ 0.00 | $ 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | $ 13,939.34 | $ 0.00 | $ 0.00 |
| 7 | AMERICAN EXPRESS BANK FSB | $ 59,988.33 | $ 0.00 | $ 0.00 |
| 8 | AMERICAN EXPRESS BANK FSB | $ 6,227.75 | $ 0.00 | $ 0.00 |
| 9 | DENIS WILLIAMS | $ 250,000.00 | $ 0.00 | $ 0.00 |
| 10U | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 200.00 | $ 0.00 | $ 0.00 |
| 11 | RATHBUN, CSERVENYAK & KOZOL LLC | $ 72,327.29 | $ 0.00 | $ 0.00 |
| 12U | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 6,605.58 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $              0.00

Remaining Balance          $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE