# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| MICHAEL R KOZIOL § | Case No. 15-29561 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 528,840.00 *(Without deducting any secured claims)* | Assets Exempt: 81,993.08 |
| Total Distributions to Claimants: 23,483.60 | Claims Discharged Without Payment: 3,043,542.96 |
| Total Expenses of Administration: 27,740.52 | |

3) Total gross receipts of $ 51,224.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 51,224.12  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 372,951.57 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,740.52 | 27,740.52 | 27,740.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 515,818.85 | 66,489.69 | 66,489.69 | 23,483.60 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,964,817.39 | 1,187,190.80 | 887,190.80 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,853,587.81 | $ 1,281,421.01 | $ 981,421.01 | $ 51,224.12 |

4) This case was originally filed under chapter 7 on 08/28/2015 . The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/12/2018                 By:/s/Frances Gecker, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EMERGENCY VEHICLE TECHNOLOGIES, LLC | 1129-000 | 9,939.86 |
| OVERPAYMENT OF LOAN | 1210-000 | 36,663.48 |
| VEHICLES - 1950 MERCURY SEDAN | 1229-000 | 2,818.33 |
| VEHICLES - CHEVY IMPALA POLICE CRUISER | 1229-000 | 1,802.45 |
| TOTAL GROSS RECEIPTS | | $51,224.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 8,543.00 | NA | NA | 0.00 |
| | Denis Williams c/o Goodman Law Offices LLC 105 W. Madison, Suite 1500 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Denis Williams c/o Goodman Law Offices LLC 105 W. Madison, Suite 1500 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Disney Vacation Development, Inc. 1390 Celebration Boulevard Kissimmee, FL 34747 | | 23,796.57 | NA | NA | 0.00 |
| | TCF Mortgage Corporation Attn: Legal Dept 801 Marquette Ave Minneapolis, MN 55402 | | 41,262.00 | NA | NA | 0.00 |
| | Tyson Michael Garbrecht c/o Cooney Corso & Moynihan LLC 1423 Centre Circle Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tyson Michael Garbrecht c/o Cooney Corso & Moynihan LLC 1423 Centre Circle Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |
| | US Bank Home Mortgage 4801 Frederica St Owensboro, KY 42301 | | 299,350.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 372,951.57** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 5,811.21 | 5,811.21 | 5,811.21 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 15.72 | 15.72 | 15.72 |
| Associated Bank | 2600-000 | NA | 433.12 | 433.12 | 433.12 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 2.00 | 2.00 | 2.00 |
| FRANKGECKER LLP | 3110-000 | NA | 16,729.50 | 16,729.50 | 16,729.50 |
| FRANKGECKER LLP | 3120-000 | NA | 580.44 | 580.44 | 580.44 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 4,102.80 | 4,102.80 | 4,102.80 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 65.73 | 65.73 | 65.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,740.52 | $ 27,740.52 | $ 27,740.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Labor 160 N. LaSalle Street Suite C-1300 | | 208,818.85 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | 230,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 5800-000 | 42,000.00 | 35,925.74 | 35,925.74 | 12,688.67 |
| 12 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | 5800-000 | 35,000.00 | 30,563.95 | 30,563.95 | 10,794.93 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 515,818.85 | $ 66,489.69 | $ 66,489.69 | $ 23,483.60 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capers LLC 9930 West 190th Street Unit L Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 6,233.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 8,629.03 | NA | NA | 0.00 |
| | Clark Hill PLC 150 N. Michigan Avenue Suite 2700 Chicago, IL 60601 | | 84,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Duane Morris LLP 190 South LaSalle Street Suite 3700 Chicago, IL 60603 | | 48,000.00 | NA | NA | 0.00 |
| | ESMA Investments, LLC 9930 West 190th Street Suite L Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Hinsdale Bank & Trust Company 25 E. 1st Street Hinsdale, IL 60521 | | 328,811.01 | NA | NA | 0.00 |
| | Intelligent Cloud Hosting, Inc. 9930 West 190th Street Unit L Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | JP Morgan Chase Bank, N.A. PO Box 24696 Columbus, OH 43224 | | 433,736.61 | NA | NA | 0.00 |
| | Reed Konnerth 11543 Jenyglenn Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Richard Fugett 8900 Meadowlark Drive Tinley Park, IL 60477 | | 0.00 | NA | NA | 0.00 |
| | Wermer, Rogers, Doran & Ruzon LLC 755 Essignton Road Joliet, IL 60435 | | 72,166.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Westchester Fire Insurance Company c/o Leo & Weber 1 N. LaSalle St., Suite 3600 Chicago, IL 60602 |  | 320,000.00 | NA | NA | 0.00 |
| 7 | AMERICAN EXPRESS BANK FSB | 7100-000 | 59,988.00 | 59,988.33 | 59,988.33 | 0.00 |
| 8 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 6,227.75 | 6,227.75 | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 6,200.00 | 6,092.64 | 6,092.64 | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 13,939.00 | 13,939.34 | 13,939.34 | 0.00 |
| 9 | DENIS WILLIAMS | 7100-000 | 0.00 | 250,000.00 | 250,000.00 | 0.00 |
| 3 | DISCOVER BANK | 7100-000 | 241.00 | 6,413.53 | 6,413.53 | 0.00 |
| 4 | HINSDALE BANK & TRUST COMPANY | 7100-000 | 183,498.74 | 232,698.17 | 232,698.17 | 0.00 |
| 10U | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 7100-000 | NA | 200.00 | 200.00 | 0.00 |
| 12U | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | 7100-000 | NA | 6,605.58 | 6,605.58 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | J. RYAN POTTS/BROTSCHUL POTTS LLC | 7100-000 | 327,047.71 | 232,698.17 | 232,698.17 | 0.00 |
| 11 | RATHBUN, CSERVENYAK & KOZOL LLC | 7100-000 | 72,327.29 | 72,327.29 | 72,327.29 | 0.00 |
| 1 | TYSON MICHAEL GARBRECHT | 7100-000 | 0.00 | 300,000.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,964,817.39 | $ 1,187,190.80 | $ 887,190.80 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-29561 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL R KOZIOL | | | | Date Filed (f) or Converted (c): | 08/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2015 |
| For Period Ending: | 09/12/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12940 MEED COURT, PALOS PARK IL 60464 50% INTEREST; OWNED AS | 425,000.00 | 0.00 | | 0.00 | FA |
| 2. TIME SHARE - DISNEY VACATION CLUB (TWO UNITS) 50% INTEREST W | 86,250.00 | 19,328.43 | | 0.00 | FA |
| 3. SILVER COINS | 250.00 | 0.00 | | 0.00 | FA |
| 4. U.S. BANK - SAVINGS ACCT. | 1.00 | 1.00 | | 0.00 | FA |
| 5. SCOTTRADE - BROKERAGE ACCT. | 999.37 | 0.00 | | 0.00 | FA |
| 6. JP MORGAN CHASE BANK - CHECKING ACCT | 40.00 | 0.00 | | 0.00 | FA |
| 7. STANDARD BANK & TRUST - JOINT CHKG ACCT. | 99.00 | 99.00 | | 0.00 | FA |
| 8. SELECT BANK - HEALTH SAVINGS ACCT | 2,950.00 | 0.00 | | 0.00 | FA |
| 9. STANDARD BANK & TRUST - JOINT SAVINGS ACCT | 140.00 | 140.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS | 2,500.00 | 500.00 | | 0.00 | FA |
| 11. BOOK, PICTURES, DVDS, ETC. | 500.00 | 0.00 | | 0.00 | FA |
| 12. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 13. WEDDING BAND; MISC. WRISTWATCHES | 250.00 | 250.00 | | 0.00 | FA |
| 14. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx1524. | 929.77 | 0.00 | | 0.00 | FA |
| 15. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx5336. | 906.18 | 0.00 | | 0.00 | FA |
| 16. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx5281. | 798.61 | 0.00 | | 0.00 | FA |
| 17. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx6544. | 1,227.77 | 0.00 | | 0.00 | FA |
| 18. NORTHWESTERN MUTUAL LIFE INS. POLICY Policy no. xxx2896. | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-29561 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL R KOZIOL | | | | Date Filed (f) or Converted (c): | 08/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2015 |
| For Period Ending: | 09/12/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. PACIFIC LIFE INS. POLICY | 6,382.88 | 0.00 | | 0.00 | FA |
| 20. TRADITIONAL ROTH IRAs | 49,108.50 | 0.00 | | 0.00 | FA |
| 21. MICHAEL KOZIOL LLC  DEBTOR'S ACCOUNTING PRACTICE. | 0.00 | 0.00 | | 0.00 | FA |
| 22. FINANCIAL GRAPHICS, INC.  SOLE SHAREHOLDERS - NEVER OWNED ASSETS HAS NOT OPERATED FOR LAST 2 YEARS. | 0.00 | 0.00 | | 0.00 | FA |
| 23. INTELLIGENT SOLUTIONS, INC.  50% SHAREHOLDER SUBJECT TO LITIGATION IN CASE NO. 12 CH 739. | 0.00 | 0.00 | | 0.00 | FA |
| 24. ESMA INVESTMENTS, LLC  50% MEMBERSHIP INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| 25. CAPERS LLC  50% INTEREST - SUBJECT TO LITIGATION IN CASE NO. 12 CH 739 | 0.00 | 0.00 | | 0.00 | FA |
| 26. INTELLIGENT CLOUD HOSTING LLC  25% INTEREST - SUBJECT TO LITIGATION IN CASE NO. 12 CH 739 | 0.00 | 0.00 | | 0.00 | FA |
| 27. EMERGENCY VEHICLE TECHNOLOGIES, LLC  46.666% INTEREST - 25% INTEREST - SUBJECT TO LITIGATION IN CASE NO. 12 CH 739 - Litigation settled on 4/28/15 and case closed on 12/22/17. | 0.00 | 0.00 | | 9,939.86 | FA |
| 28. VEHICLES - 2007 CADILLAC ESCALADE | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 29. VEHICLES - 2012 GMC ACADIA | 20,000.00 | 10,000.00 | | 0.00 | FA |
| 30. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 31. JUDGMENT - CASE NO. 2006 M1 157383 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-29561 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL R KOZIOL | | | | Date Filed (f) or Converted (c): | 08/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2015 |
| For Period Ending: | 09/12/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32. LITIGATION - CASE NO. 2012 CH 739 (WILL COUNTY) | 0.00 | 0.00 | | 0.00 | FA |
| 33. OTHER CONTINGENT CLAIMS (u) | Unknown | 0.00 | | 0.00 | FA |
| Debtor has a loss of consortium claim arising out of his wife's personal injury claim.  Debtor's wife was involved In a motor vehicle collision. The debtor was not in the vehicle at the time.  Debtor's claim is pending as part of the Kane County lawsuit titled "Donna Koziol and Michael Koziol v. Loni Westman and Donald Westman," Cae number  2012 L 618.  Debtor is represented by the law firm Nash Law LLC, 22 West Washington Street, Suite 1500, Chicago, IL. Debtor's claim is valued between $0-$5 000. | | | | | |
| 34. VEHICLES - 1950 MERCURY SEDAN  (u) | Unknown | 0.00 | | 2,818.33 | FA |
| 50% Owner with Debtor Mr. Fugett (15-41034).  To be sold at auction pursuant to Court Order dated 12/21/16. | | | | | |
| 35. VEHICLES - CHEVY IMPALA POLICE CRUISER (u) | Unknown | 0.00 | | 1,802.45 | FA |
| 50% Owner with Debtor Mr. Fugett (15-41034).  To be sold at auction pursuant to Court Order dated 12/21/16. | | | | | |
| 36. OFFICE EQUIPMENT - FROM ESMA BUSINESS (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 50% Owner with Debtor Mr. Fugett (15-41034).  To be sold at auction pursuant to Court Order dated 12/21/16. | | | | | |
| 37. OVERPAYMENT OF LOAN (u) | 0.00 | 0.00 | | 36,663.48 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $610,833.08  $42,318.43  $51,224.12  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) (Page: 13)

7/12/18 - TFR IS SCHEDULED FOR HEARING.

6/7/18 - TFR WAS FILED.

4/2/18 - TRUSTEE IS REVIEWING CLAIMS AND HER ACCOUNTANT IS PREPARING TAX RETURNS.

3/1/18 - TRUSTEE SOLD DEBTOR'S INTEREST IN LLC COMPANY.

10/12/17 - THE TRUSTEE WILL PREPARE A FINAL REPORT.

8/31/17 - TRUSTEE'S OBJECTION TO CLAIM NO. 1 IS SET FOR HEARING.

6/22/17 - TRUSTEE SOLD DEBTOR'S VEHICLES.

Exhibit 8

Initial Projected Date of Final Report (TFR): 02/15/2017    Current Projected Date of Final Report (TFR): 05/15/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-29561  
Case Name: MICHAEL R KOZIOL  
Taxpayer ID No: XX-XXX4255  
For Period Ending: 09/12/2018  

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2119  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/16 | 37 | SUBURBAN BANK & TRUST 150 BUTTERFIELD RD. ELMHURST, IL 60126 | OVERPAYMENT OF LOAN 15922 | 1210-000 | $36,663.48 | | $36,663.48 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $36,653.48 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.72 | $36,600.76 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.41 | $36,546.35 |
| 02/02/17 | 5001 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $15.72 | $36,530.63 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.34 | $36,476.29 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.99 | $36,427.30 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.16 | $36,373.14 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.33 | $36,320.81 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.99 | $36,266.82 |
| 07/06/17 | | American Auction | Sale of 2 Vehicles (split 50/50 with 15-41034) | | $4,620.78 | | $40,887.60 |
| | | | Gross Receipts         $4,620.78 | | | | |
| | 34 | | VEHICLES - 1950 MERCURY SEDAN            $2,818.33 | 1229-000 | | | |

Page Subtotals: $41,284.26    $396.66

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-29561 | Trustee Name: | Frances Gecker, Trustee |
| --- | --- | --- | --- |
| Case Name: | MICHAEL R KOZIOL | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2119 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4255 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 35 | | VEHICLES - CHEVY IMPALA POLICE CRUISER  $1,802.45 | 1229-000 | | | |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.18 | $40,835.42 |
| 03/27/18 | 27 | STEPHEN A. ROAKE IV<br>749 REIDY ROAD<br>LISLE, IL 60532 | PURCHASE OF COMPANY INTEREST | 1129-000 | $9,939.86 | | $50,775.28 |
| 05/10/18 | 5002 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19016<br>SPRINGFIELD, IL 62794-19016 | FEIN 36-7684255; 2017 IL-1041-X-V | 2820-000 | | $2.00 | $50,773.28 |
| 07/13/18 | 5003 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,811.21 | $44,962.07 |
| 07/13/18 | 5004 | FRANKGECKER LLP<br>325 N. LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 | Distribution | | | $17,309.94 | $27,652.13 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order.  ($16,729.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order.  ($580.44) | 3120-000 | | | |
| 07/13/18 | 5005 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $4,168.53 | $23,483.60 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order.  ($4,102.80) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order.  ($65.73) | 3420-000 | | | |

Page Subtotals: $9,939.86   $27,343.86

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-29561 | Trustee Name: Frances Gecker, Trustee |
| Case Name: MICHAEL R KOZIOL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2119 |
| | Checking |
| Taxpayer ID No: XX-XXX4255 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/18 | 5006 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 S STATE ST., 10TH FLR COLL. BANKRUPTC<br>CHICAGO, ILLINOIS 60603<br>ATTN. AMELIA T. YABES | Final distribution to claim 10 representing a payment of 35.32 % per court order. | 5800-000 | | $12,688.67 | $10,794.93 |
| 07/13/18 | 5007 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Final distribution to claim 12 representing a payment of 35.32 % per court order. | 5800-000 | | $10,794.93 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $51,224.12 | $51,224.12 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $51,224.12 | $51,224.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $51,224.12 | $51,224.12 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page Subtotals: $0.00 $23,483.60

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2119 - Checking | $51,224.12 | $51,224.12 | $0.00 |
|  | $51,224.12 | $51,224.12 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $51,224.12 |
| **Total Gross Receipts:** | $51,224.12 |

Page Subtotals:                    $0.00        $0.00